UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

KAREN LUCILLE RICE,

        Plaintiff,        CASE NO.: EDCV 2:17-cv-00353-SS

  -v-

NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

### ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, IT IS ORDERED that fees and expenses in the amount of Six Thousand Dollars ($6,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

So ordered.

Date: 2/21/18                                                   /S/

                                                Suzanne H. Segal
                                                United States Magistrate Judge

1